## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRSTEN MAXFIELD and CASEY SIMPSON, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UKG Inc.<br><br>　　　　　　　　Defendants. | Case No: 1:22-cv-10947-ADB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the Parties have reached a settlement in principle, on an individual basis, to resolve the above-captioned matter, and therefore request that all deadlines be stayed pending dismissal. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement. The parties respectfully request forty-five (45) days from the date of this notice to file a Joint Stipulation of Dismissal, and Defendant requests an extension of forty-five (45) days from the date of this notice to file its Motion for Judgment on the Pleadings.

Dated: September 10, 2025　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Lisa Oliver White*
　　　　　　　　　　　　　　　　　　　　Lisa Oliver White (BBO# 666841)
　　　　　　　　　　　　　　　　　　　 lowhite@shb.com
　　　 　　　　　　　　　　　　　　　　Michayla I. Woodward (BBO# 713806)
　　　　　　　　　　　　　　　　　　　 mwoodward@shb.com
　　　　　　　　　　　　　　　　　　　 **SHOOK, HARDY & BACON L.L.P.**
　　　　　　　　　　　　　　　　　　　 One Federal Street, Suite 2620
　　　　　　　　　　　　　　　　　　　 Boston, MA 02110
　　　　　　　　　　　　　　　　　　　 Tel: (617) 531-1411 | Fax: (617) 531-1602

　　　　　　　　　　　　　　　　　　　 Maveric Ray Searle (PHV6336731IL)
　　　　　　　　　　　　　　　　　　　 msearle@shb.com
　　　　　　　　　　　　　　　　　　　 **SHOOK, HARDY & BACON L.L.P.**

111 South Wacker Street, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700 | Fax: (312) 558-1195

Alfred J. Saikali (PHV0178195FL)
asaikali@shb.com
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Tel: (305) 358-5171 | Fax: (305) 358-7470

*Attorneys for Defendant UKG Inc.*

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson *(pro hac vice)*
D. Greg Blankinship (BBO #655430)
One North Broadway, Suite 900
White Plains, New York 10601
Tel.: (914) 298-3281
jfrei-pearson@fbfglaw.com
gblankinship@fbfglaw.com

**GORDON LAW GROUP, LLP**
Philip J. Gordon (BBO# 630989)
585 Boylston Street
Boston, MA 02116
Tel: 617-536-1800
pgordon@gordonllp.com

**SHEFF & COOK, LLC**
Kathy Jo Cook (BBO # 631389)
10 Tremont Street, 7th Floor
Boston, MA 02108
Tel: (617) 227-7000 • (617) 720-8447
kjcook@kjclawfirm.com

**MCDONALD LAMOND CANZONERI**
Jack J. Canzoneri (BBO #564126)
352 Turnpike Rd., Suite 210
Southborough, MA 01772
Tel.: (508) 485-6600
jcanzoneri@masslaborlawyers.com

*Attorneys for Plaintiffs and the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: September 10, 2025                    /s/*Lisa Oliver White*
                                            Lisa Oliver White