UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Casey Simpson et al**
      Plaintiffs

v.                  Civil Action No. 1:22-cv-10947-ADB

**UKG Inc et al**
      Defendants

SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

                                    By the Court,

9/11/2025                                  */s/ Caetlin McManus*
  Date                                    Docket Clerk